UNITED STATES of America,
Plaintiff–Appellee,

v.

Gregory George SAMUDA, a.k.a.
Robert Raymon Biggs,
Defendant–Appellant.

No. 12–10761
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 28, 2012.

Michael V. Herskowitz, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Gregory George Samuda, Lisbon, OH, pro se.

David H. Jones, King, King & Jones, PC, Atlanta, GA, for Defendant–Appellant.

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

David Jones, appointed counsel for Gregory George Samuda in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Samuda's convictions and sentences are **AFFIRMED.**